FILED
CLERK, U.S. DISTRICT COURT

NOV 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIHAD IBRAHIM HAQQ, | NO. CV 08-2393-JSL(E) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES E. TILON, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____Nov 18_____, 2008.

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE